ELAR DEVELOPMENT CO. INC., Appellant, v. COUNTY OF SULLIVAN et al., Defendants, and ROSE SILVERSTEIN et al., Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, p. 1101.]

SAMUEL COHN et al., Doing Business as MONTICELLO STEAM LAUNDRY, Respondents, v. (AMERICAN) LUMBERMAN'S MUTUAL CASUALTY COMPANY OF ILLINOIS, Appellant.—

The fixation of the time and place of defendant's examination before trial is remitted to Special Term. Foster, P. J., Brewster and Coon, JJ., concur; Heffernan and Bergan, JJ., dissent, and vote to affirm.

SYDNEY R. SMITH, Respondent, v. JERRY VOGEL MUSIC CO. INC., Appellant.—